IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**

JAN 2 6 2004

|  |  |
|---|---|
| EDUCATIONAL TOURS, INC., an an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| HEMISPHERE TRAVEL, INC., an Illinois Corporation, HEMISPHERE EDUCATIONAL TRAVEL PROGRAMS, a division of Hemisphere Travel, Inc., and JACK GOLEN | ) ) ) ) ) ) |
| Defendants. | ) ) |

**04C 0559**

**JUDGE ZAGEL**

**MAGISTRATE JUDGE ASHMAN**

## COMPLAINT

1.    This is a Complaint for redress for violations of the Lanham Act (15 U.S.C. §1051, *et. seq.*), violation of the Anti-Cybersquatting Act (15 U.S.C. §1125(d)), violation of the Illinois Anti-Dilution Act (765 ILCS 1036/65), violation of the Illinois Deceptive Trade Practices Act (815 ILCS 510/1 *et. seq.*), violation of the Illinois Consumer Fraud Act (815 ILCS 505/1 *et. seq.*), and acts of unfair competition. Defendants Hemisphere Travel, Inc., Hemisphere Educational Travel Programs, a division of Hemisphere Travel, Inc., and Jack Golen, who is the owner, operator and President of Hemisphere Travel, Inc., have attempted to illegally make a profit on Educational Tours' long-standing good name and reputation via a continual course of conduct involving, among other acts, misappropriating Educational Tours' name and mark, registering domain names using Educational Tours' name and mark, and redirecting customers' Internet attempts to contact Educational Tours to Hemisphere's own website, which purports to provide similar services, thereby causing consumer confusion and injury to Educational Tours. Educational Tours is entitled to redress for these harms.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction pursuant to 28 U.S.C. §1331 as this case arises under the laws of the United States, specifically 15 U.S.C. §1051, *et. seq*. This Court has jurisdiction over the non-federal claims pursuant to 28 U.S.C. §1367 as such claims are so related to the claims over which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

3.     Venue is proper in this Court pursuant to 28 U.S.C. §1391 as a substantial part of the events giving rise to the claim occurred in this district, and Defendants Hemisphere Travel, Inc., Hemisphere Educational Travel Programs, and Jack Golen, upon information and belief, reside in this judicial district.

## PARTIES

4.     Plaintiff Educational Tours, Inc. ("Educational Tours") is an Illinois Corporation, with its principal place of business in Deerfield, Illinois.  Educational Tours is the largest independent student tour operator in the Untied States.

5.     Defendant Hemisphere Travel, Inc. ("Hemisphere") is an Illinois Corporation with its principal place of business in Prospect Heights, Illinois.

6.     Defendant Hemisphere Educational Travel Programs is a division of Hemisphere with its principal place of business in Prospect Heights, Illinois.

7.     Defendant Jack Golen ("Golen") is the owner, operator, and President of Hemisphere, is a citizen of Illinois, and resides, upon information and belief, in Arlington Heights, Illinois.

2

## FACTS

### Background

8.      Educational Tours, originally known as Northbrook Educational Tours, began operating in 1969. It was incorporated as Northbrook Educational Tours, Inc. in October 1984, and changed its name to Educational Tours, Inc. in March 1991.

9.      In 1977, Educational Tours began using a distinctive, stylized logo, designed by Bill Nelson, consisting of the letters "ET" in a diagonal line with the words "Educational Tours, Inc.," and similar word variations, as a mark (the "ET Mark") on its products, literature, letters, advertisements, and other identifying material in the educational and student tour and travel industry to identify Educational Tours as the source of the products, literature, letters, advertisements, and other material. Samples of the ET Mark are attached hereto as Exhibit 1.

10.     Educational Tours has been using the ET Mark in interstate commerce and in the State of Illinois continuously and extensively since 1977.

11.     Educational Tours thus owns common law trademark rights in and to the ET Mark for educational and student tour and travel services.

12.     Golen incorporated Hemisphere in 1975.

13.     Hemisphere has repeatedly sought to profit from Educational Tours' good name, reputation, and hard work, by, among other acts, advertising, selling, and promoting its educational and student tour and travel services by misappropriating from time to time Educational Tours' materials and other proprietary information.

14.     For example, in 1993, Educational Tours began handing out fliers related to a trip to Atlanta, Georgia. These fliers contained Educational Tours' logo and Educational Tours'

contact information, listed highlights of the trip, and provided a sample itinerary. A sample of this flier is attached hereto as Exhibit 2.

15.     In March 1994, at a travel industry trade show, Hemisphere distributed Educational Tours' Atlanta, Georgia fliers, except that Educational Tours' contact information and logo had been covered over by information for Hemisphere Educational Travel Programs. A copy of this flier is attached hereto as Exhibit 3.

16.     On March 11, 1994, upon learning of this misappropriation, Educational Tours sent a cease and desist demand to Hemisphere regarding this practice. Thereafter, to Educational Tours' knowledge, Hemisphere stopped copying and distributing this flier.

17.     In 1994 a former Educational Tours employee went to work for Golen at Hemisphere. Golen and Hemisphere, at least by April 1994, used that employee's knowledge and file of Educational Tours' contacts to surreptitiously contact Educational Tours' customers and/or suppliers at their homes or at unpublished telephone numbers to try to steal business from Educational Tours. These actions infuriated Educational Tours' customers, and required Educational Tours to spend its time, money and resources to discover the cause of the problem, take actions to ensure it would not happen again, and to reassure its customers that Educational Tours' employees were not engaging in such conduct.

18.     On or about April 1994, Educational Tours sent Hemisphere a cease and desist demand regarding this practice. Thereafter, as far as Educational Tours is aware, Hemisphere ceased contacting Educational Tours' customers and suppliers in this manner.

**Defendants' Internet Deception Scheme**

19.     In or about late 1996, Educational Tours began exploring having an Internet presence for its business.

20.     As part of that investigation, Educational Tours sought to obtain the domain name "educationaltours.com," but was informed that that domain name was no longer available.

21.     Shortly thereafter, in or about January or February 1997, Golen called Mitchell Slotnick, Educational Tours' Chief Executive Officer, and stated that Golen and/or Hemisphere owned the domain name "**educationaltours.com**" and offered to sell it to Educational Tours for $10,000.00. Educational Tours rejected this offer.

22.     At some point in time thereafter, Hemisphere and Hemisphere Educational Travel Programs began using the domain name educationaltours.com to promote their own student travel business, and have continued to do so to the present. A copy of the website at www.educationaltours.com, to which the domain name educationaltours.com resolved as of January 22, 2004, is attached hereto as Exhibit 4.

23.     In fact, the website at www.educationaltours.com (see Exhibit 4) is the same as the website at www.hemisphereeducationaltravel.com, and the website at www.hemispheretravel.com. A copy of the www.hemisphereeducationaltravel.com website as of January 22, 2004 is attached hereto as Exhibit 5. A copy of the www.hemispheretravel.com website as of January 22, 2004 is attached hereto as Exhibit 6.

24.     The domain name educationaltours.com is currently registered to Hemisphere Educational Travel Programs at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which is the same address as Defendant Hemisphere. A copy of the WHOIS results from Network Solutions for the domain name educationaltours.com printed on January 22, 2004 is attached hereto as Exhibit 7.

25.     Recently, as a result of customer complaints, Educational Tours became aware that Hemisphere's and Hemisphere Educational Travel Programs' use of

www.educationaltours.com and the educationaltours.com domain name was intended to and did cause confusion among the public and consumers of student tour services, and was intended to and did deceive the public and consumers of student tour services, as to the origin of the services offered. The use of the domain name educationaltours.com made it appear, falsely, that the services offered by Hemisphere were somehow affiliated with, endorsed by or related to ET.

26.    For example, in or about October 2003, a representative from a school in California searched for Educational Tours on the web in order to book a student tour for her school. Instead of finding Educational Tours, the representative found Hemisphere's website at www.educationaltours.com and contacted them. The Hemisphere representative did not inform the school representative that she had not, in fact, reached Educational Tours.

27.    In or about October 2003 another school representative searched for Educational Tours on the Internet, but instead was directed to Hemisphere's website at www.educationaltours.com. Believing that Educational Tours may have reorganized under a different name, the school representative sent an email to the contact information on the website. In the email, a representative of Hemisphere Educational Travel, a division of Hemisphere, admitted, "You may have us confused with Educational Tours (*because of our website*)." (Emphasis added.)

28.    Because Educational Tours was not, and is not, completely aware of the full extent of Defendants' activities, Educational Tours has no information as to how many of its potential customers were unlawfully diverted to Hemisphere, nor the value of the business lost because of Defendants' actions.

29.    Because Educational Tours was not able to obtain its own name as a domain name, Educational Tours instead obtained a domain name incorporating its logo and the ET Mark – "et-educationaltours.com."

30.    Educational Tours began using the www.et-educationaltours.com website in 1997 to promote its student travel services, and has continually used this website since that time. A copy of this website as of January 22, 2004 is attached hereto as Exhibit 8.

31.    On or about October 17, 2002, unbeknownst to Educational Tours, and without its permission, Hemisphere, through Hemisphere Educational Travel Programs, registered, using the generic top-level domain .net, the domain name "**et-educationaltours.net**," which not only inappropriately used Educational Tours' name, but also incorporated the ET Mark. The website at www.et-educationaltours.net redirected visitors to the website at www.educationaltours.com, which promotes Hemisphere's and Hemisphere Educational Travel Programs' student travel services. (See Exhibit 4.)

32.    The domain name et-educationaltours.net is registered to Hemisphere Educational Travel Programs at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which is the same address as Defendant Hemisphere. A copy of the WHOIS results from Network Solutions for the domain name et-educationaltours.net printed on January 22, 2004 is attached hereto as Exhibit 9.

33.    Hemisphere's and Hemisphere Educational Travel Programs' use of the et-educationaltours.net domain name, which includes not only Educational Tours' name, but also its logo "ET," and, thus, the ET Mark, was intended to and did cause confusion, and was intended to and did deceive the public, as to the origin of the services offered. The use of the domain name educationaltours.com made it appear, falsely, that the services offered by

Hemisphere and Hemisphere Educational Travel Programs were somehow affiliated with, endorsed by or related to Educational Tours. This was part of Defendants' continuing scheme to unfairly steal business from Educational Tours by creating confusion and deceiving and redirecting customers, who were looking for Educational Tours on the Internet, to Defendants' site.

34.    On or about October 17, 2002, unbeknownst to Educational Tours, and without its permission, Hemisphere and Hemisphere Educational Travel Programs also registered, using the generic top-level domain .us, the domain name "**et-educationaltours.us**," which, again, not only inappropriately used Educational Tours' name, but also Educational Tours' logo, and, thus, the ET Mark. That domain name redirected visitors to www.educationaltours.com, which, as stated above promotes Hemisphere's and Hemisphere Educational Travel Programs' student travel services. (See Exhibit 4.)

35.    The domain name et-educationaltours.us is currently registered to Hemisphere Educational Travel at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which is the same address as Defendant Hemisphere. The email address for the administrative contact for the domain name et-educationaltours.us is Jack@educationaltours.com, which is, upon information and belief, Golen's email address. A copy of the WHOIS results from Network Solutions for the domain name et-educationaltours.us printed on January 22, 2004 is attached hereto as Exhibit 10.

36.    Hemisphere's and Hemisphere Educational Travel Programs' use of the et-educationaltours.us domain name, which incorporates Educational Tours' name, logo and the ET Mark, was intended to and did cause confusion, and was intended to and did deceive the public, as to the origin of the services offered. The use of the domain name et-educationaltours.us made it appear, falsely, that the services offered by Hemisphere and Hemisphere Educational Travel

Programs were somehow affiliated with, endorsed by or related to Educational Tours. This was part of Defendants' continuing scheme to unfairly steal business from Educational Tours by creating confusion and deceiving and redirecting customers, who were looking for Educational Tours on the Internet, to Defendants' site.

37.     On December 8, 2003, Educational Tours sent a cease and desist demand to Hemisphere to cease using the domain names educationaltours.com, et-educationaltours.net, and et-educationaltours.us. A copy of this letter is attached hereto as Exhibit 11.

38.     Hemisphere, through its attorney, responded on Wednesday, December 17, 2003 stating that Educational Tours could have the et-educationaltours.net and et-educationaltours.us domain names, but could not have the educationaltours.com domain name. Educational Tours requested that Hemisphere put the offer in writing. Hemisphere never responded.

39.     Subsequently, at least by Thursday December 18, 2003, Hemisphere, admitting its use of at least two of the domain names was wrong, took down the websites at et-educationaltours.net and et-educationaltours.us. A copy of the web page that www.et-educationaltours.net resolved to on January 22, 2004 is attached hereto as Exhibit 12, and a copy of the web page that www.et-educationaltours.us resolved to on January 22, 2004 is attached hereto as Exhibit 13. Hemisphere, however, still owns those domain names.

40.     After sending the December 8, 2003 letter, Educational Tours first discovered that, on or about January 17, 2000, without Educational Tours' permission, Golen registered the domain name **educationaltours.net**. That domain name resolves to the website at www.educationaltours.net, which is identical to the website at www.educationaltours.com, and the website at www.hemisphereeducationaltravel.com, and the website at

9

www.hemispheretravel.com. A copy of the website that www.educationaltours.net resolved to as of January 22, 2004 is attached hereto as Exhibit 14.

41.    The domain name educationaltours.net is currently registered to Jack Golen at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which is the same address as Defendant Hemisphere. A copy of the WHOIS results from Network Solutions for the domain name educationaltours.net printed on January 22, 2004 is attached hereto as Exhibit 15.

42.    Golen's use of the educationaltours.net domain name to promote Hemisphere's services was intended to and did cause confusion, and was intended to and did deceive the public, as to the origin of the services offered. The use of the domain name educationaltours.net made it appear, falsely, that the services offered by Hemisphere were somehow affiliated with, endorsed by or related to Educational Tours. This was part of Defendants' continuing scheme to unfairly steal business from Educational Tours by creating confusion and deceiving and redirecting customers, who were looking for Educational Tours on the Internet, to Defendants' site.

43.    Also after sending the December 8, 2003 letter, Educational Tours first discovered that, on or about August 8, 2001, without Educational Tours' permission, Hemisphere registered the domain name **e-educationaltours.com**. The website at www.e-educationaltours.com redirects visitors to the website at www.educationaltours.com, which promotes Hemisphere's and Hemisphere Educational Travel Programs' student travel services. (See Exhibit 4.)

44.    The domain name e-educationaltours.com, which incorporates Educational Tours' name, is confusingly similar to the ET Mark.

45.     The domain name e-educationaltours.com is currently registered to Hemisphere at 694 Milwaukee Ave., Prospect Heights, Illinois 60070. A copy of the WHOIS results from Network Solutions for the domain name e-educationaltours.com printed on January 22, 2004 is attached hereto as Exhibit 16.

46.     Hemisphere's use of the e-educationaltours.com domain name to promote Hemisphere's services was intended to and did cause confusion, and was intended to and did deceive the public, as to the origin of the services offered. The use of the domain name e-educationaltours.com made it appear, falsely, that the services offered by Hemisphere were somehow affiliated with, endorsed by or related to Educational Tours. This was part of Defendants' continuing scheme to unfairly steal business from Educational Tours by creating confusion and deceiving and redirecting customers, who were looking for Educational Tours on the Internet, to Defendants' site.

47.     Also after sending the December 8, 2003 letter, Educational Tours first discovered that, on or about July 29, 2002, without Educational Tours' permission, Hemisphere registered the domain name **e-educationaltours.net**. That domain name currently does not resolve to any website.

48.     The domain name e-educationaltours.net, which incorporates Educational Tours' name, is confusingly similar to the ET Mark.

49.     The domain name e-educationaltours.net is currently registered to Hemisphere at 694 Milwaukee Ave., Prospect Heights, Illinois 60070. A copy of the WHOIS results from Network Solutions for the domain name e-educationaltours.net printed on January 22, 2004 is attached hereto as Exhibit 17.

50.     Registering the domain name e-educationaltours.net was part of Defendants'
continuing scheme to unfairly steal business from Educational Tours by creating confusion and
deceiving and redirecting customers, who were looking for Educational Tours on the Internet, to
Defendants' site.

51.     In sum, Defendants Hemisphere, Hemisphere Educational Travel Programs, and
Golen have engaged in a continuing scheme to illegally misappropriate Educational Tours' name
and the ET Mark in an effort to confuse and deceive the public and injure Educational Tours by
registering and, in most cases using, the domain names:

- educationaltours.com;

- educationaltours.net;

- et-educationaltours.net;

- et-educationaltours.us;

- e-educationaltours.com; and

- e-educationaltours.net.

52.     Defendants' actions described above have caused, and continue to cause,
Educational Tours financial losses and damages in an amount to be determined during the course
of this action.

### COUNT 1 – Lanham Act Unfair Competition/Infringement
#### (et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net)

53.     Educational Tours realleges and incorporates by reference the facts alleged in
paragraphs 1 - 52 as if alleged herein.

54.     The use of the ET Mark, or any mark confusingly similar thereto, by Hemisphere
and Hemisphere Educational Travel Programs has caused confusion and mistake in the minds of

the general public and/or is likely to cause in the future mistake, or confuse, or deceive the general public.

55.    The use of the ET Mark, or any mark confusingly similar thereto, by Hemisphere and Hemisphere Educational Travel Programs constitutes a knowing and willful passing off of the services and products of Hemisphere and Hemisphere Educational Travel Programs for those of Educational Tours, and is a deception of the citizens of the State of Illinois and elsewhere.

56.    The use of the ET Mark, or any mark confusingly similar thereto, by Hemisphere and Hemisphere Educational Travel Programs constitutes unfair competition with Educational Tours in the educational and student tour and travel business and a violation of 15 U.S.C. § 1125(a).

57.    As described above, Hemisphere's and Hemisphere Educational Travel Programs' actions were knowing and willful.

### COUNT II – Lanham Act Unfair Competition/Dilution
### (et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net)

58.    Educational Tours realleges and incorporates by reference the facts alleged in paragraphs 1 - 57 as if alleged herein.

59.    The ET Mark is a famous mark in the educational and student tour and travel industry.

60.    Hemisphere's and Hemisphere Educational Travel Programs' acts as alleged have diluted and will dilute the distinctive quality of the ET Mark and/or harm Educational Tours' reputation in its products and business.

61.    Hemisphere's and Hemisphere Educational Travel Programs' acts constitute a violation of 15 U.S.C. § 1125(c).

62.     As described above, Hemisphere's and Hemisphere Educational Travel Programs'
actions were knowing and willful.

**COUNT III – Lanham Act Cybersquatting**
**(et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net)**

63.     Educational Tours realleges and incorporates by reference the facts alleged in
paragraphs 1 - 62 as if alleged herein.

64.     The domain names et-educationaltours.net, et-educationaltours.us, e-
educationaltours.com, and e-educationaltours.net are confusingly similar to the ET Mark, name,
and the domain name by which Educational Tours has been known.  The only differences being
either (a) the addition of a different top-level domain, (b) omitting one letter from the ET Mark
and domain name in order to take advantage of customers mistyping Educational Tours' website,
or (c) both.

65.     Neither Hemisphere nor Hemisphere Educational Travel Programs have been
authorized to use Educational Tours' name, the ET Mark, or Educational Tours' domain name in
connection with Hemisphere's and Hemisphere Educational Travel Programs' offering of goods
or services, Hemisphere and Hemisphere Educational Travel Programs do not have any
trademark or intellectual property rights in the domain names, have not been commonly known
by the domain names et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, or
e-educationaltours.net, and Hemisphere and Hemisphere Educational Travel Programs are
making illegitimate commercial uses of the domain names et-educationaltours.net, et-
educationaltours.us, e-educationaltours.com, and e-educationaltours.net with intent for
commercial gain, and to misleadingly divert consumers, or tarnish the trademark at issue.

14

66.     Hemisphere and Hemisphere Educational Travel Programs have registered the domain names in bad faith as they have, among other acts, engaged in a pattern of registering similar domain names to prevent Educational Tours from representing its name and mark in the domain name, registered the domain name primarily for the purpose of disrupting Educational Tours' business, and intentionally attempted to, and indeed did, attract users to its website for commercial gain by creating a likelihood of confusion with Educational Tours and the ET Mark as to the source, affiliation, sponsorship, endorsement of Hemisphere's website and/or services. Indeed, neither Hemisphere nor Hemisphere Educational Travel Programs have ever been known or identified by the name, either in whole or in part, "Educational Tours" or the ET Mark.

67.     Further, as alleged herein, Hemisphere and Hemisphere Educational Travel Programs were well aware of Educational Tours' mark long before Hemisphere and Hemisphere Educational Travel Programs ever registered the et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net domain names.

## COUNT IV – Illinois Anti-Dilution Act
### (et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net)

68.     Educational Tours realleges and incorporates by reference the facts alleged in paragraphs 1 - 67 as if alleged herein.

69.     The ET Mark is a famous mark in the educational and student tour and travel industry.

70.     As more fully described above, by reason of Hemisphere's and Hemisphere Educational Travel Programs' use of the et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net domain names and the websites to which the domain names et-educationaltours.net, et-educationaltours.us, and e-educationaltours.com

15

resolve, Hemisphere and Hemisphere Educational Travel Programs have diluted the distinctive quality of the ET Mark and thus violated the Illinois Anti-Dilution Act, 765 ILCS 1036/65.

71.    As described above, Hemisphere's and Hemisphere Educational Travel Programs' acts of dilution were knowing and willful.

72.    Educational Tours has been damaged by Hemisphere's and Hemisphere Educational Travel Programs' dilution of the ET Mark.

## COUNT V – Illinois Unfair Competition
### (all domain names)

73.    Educational Tours realleges and incorporates by reference the facts alleged in paragraphs 1 - 72 as if alleged herein.

74.    By reason of the foregoing, Hemisphere, Hemisphere Educational Travel Programs, and Golen have engaged in unfair competition with Educational Tours under Illinois law.

75.    Educational Tours has been harmed by Hemisphere's, Hemisphere Educational Travel Programs', and Golen's unfair competition.

## COUNT VI – Uniform Deceptive Trade Practices Act
### (all domain names)

76.    Educational Tours realleges and incorporates by reference the facts alleged in paragraphs 1 - 75 as if alleged herein.

77.    By reason of the foregoing, Hemisphere, Hemisphere Educational Travel Programs, and Golen have engaged in deceptive trade practices under 815 ILCS 510/2(a) and violated the Uniform Deceptive Trade Practices Act.

78.    Educational Tours has been harmed, and is likely to be harmed in the future, by Hemisphere's, Hemisphere Educational Travel Programs', and Golen's deceptive trade practices.

## COUNT VII – Illinois Consumer Fraud and Deceptive Business Practices Act
### (all domain names)

79.    Educational Tours realleges and incorporates by reference the facts alleged in paragraphs 1 - 79 as if alleged herein.

80.    By reason of the foregoing, Hemisphere, Hemisphere Educational Travel Programs, and Golen have engaged in deceptive trade practices under 815 ILCS 505/2 and violated the Illinois Consumer Fraud and Deceptive Business Practices Act.

81.    Educational Tours has suffered actual damages as a result of Hemisphere's, Hemisphere Educational Travel Programs', and Golen's actions.

## PRAYER FOR RELIEF

WHEREFORE, Educational Tours requests that this Court enter judgment in its favor and against Hemisphere, Hemisphere Educational Travel Programs, and Golen as follows:

A.    Award Educational Tours damages in an amount to be determined by the Court;

B.    Award Educational Tours Hemisphere's, Hemisphere Education Travel Programs', and/or Golen's profits;

C.    Award Educational Tours treble and/or punitive damages as allowed by the relevant law or statute;

D.    Order Defendants to transfer the domain name educationaltours.com to Educational Tours;

E.    Order Defendants to transfer the domain name educationaltours.net to Educational Tours;

F.    Order Defendants to transfer the domain name et-educationaltours.net to Educational Tours;

G.    Order Defendants to transfer the domain name et-educationaltours.us to Educational Tours;

H.    Order Defendants to transfer the domain name e-educationaltours.com to Educational Tours;

17

I.      Order Defendants to transfer the domain name e-educationaltours.net to Educational Tours;

J.      Award Educational Tours the costs of the action;

K.      Award Educational Tours its reasonable attorneys' fees as provided for by 15 U.S.C. §1117, 765 ILCS 1036/70, 815 ILCS 510/3, and 805 ILCS 505/10a(c);

L.      Enter a permanent injunction enjoining Hemisphere, Hemisphere Educational Travel Programs, and/or Golen, and any person or entity in active concert with them, from committing similar acts in the future, including, but not limited to, enjoining Hemisphere, Hemisphere Educational Travel Programs, and/or Golen, and any person in active concert with them, from using or diluting the ET Mark or any mark confusingly similar thereto, enjoining Hemisphere, Hemisphere Educational Travel Programs, and/or Golen, and any person in active concert with them, from registering, using, or otherwise obtaining the domain names educationaltours.com, educationaltours.net, et-educationaltours.net, et-educationaltours.us, and e-educationaltours.com, or any domain names confusingly similar thereto; and

M.     Award Educational Tours any further relief that the Court deems just and necessary.

### Plaintiff Requests Trial By Jury

Dated: _____

EDUCATIONAL TOURS, INC.

By: _____

One of its attorneys

Marshall Seeder (#3127674)
Peter T. Berk (#6242515)
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, Illinois 60606
(312) 207-1000

Ex. 1



NORTHBROOK
# Educational Tours
## One Northfield Plaza
## Northfield, Illinois 60093
## 312-441-9220



# NORTHBROOK
# ET Educational Tours Inc.

EFFECTIVE:  JANUARY 24, 1991            UNTIL FURTHER NOTICE

## REVISED CANCELLATION POLICY DURING GULF CRISIS

### (FOR CANCELLATIONS RECEIVED JANUARY 16, 1991, OR AFTER)

*   REFUNDS MADE UP TO AND INCLUDING 4 WEEKS PRIOR TO THE DEPARTURE OF THE TOUR
    WILL HAVE THE CANCELLATION FEES DEDUCTED PER THE ORIGINAL ITINERARY:

            $10.00 - UP TO 8 WEEKS BEFORE DEPARTURE
            $25.00 - UP TO 4 WEEKS BEFORE DEPARTURE

*   IF THE TOUR IS CHANGED TO A NEW DATE, ALL MONIES WILL BE TRANSFERRED TO A
    NEW DATE.

*   IF THE TOUR IS COMPLETELY CANCELLED, THE MINIMUM CANCELLATION CHARGE IS
    $25.00 PER PERSON TO COVER COSTS OF CANCELLATION, PROCESSING AND REFUNDING
    PAYMENTS.  ANY NON-REFUNDABLE DISBURSEMENTS FOR THEATRE TICKETS OR OTHER
    ADMISSIONS WOULD ALSO BE ADDED.  FOR EXAMPLE, PREPAID ADMISSIONS FOR "SHEAR
    MADNESS", DINNER THEATRE, ETC. ARE NON-REFUNDABLE.

*   IF THE TOUR OPERATES AND WE CONSOLIDATE TO A FULL COACH(ES) I.E. 40-44 PAID
    PER COACH, THEN THE CANCELLATION WILL BE $25.00 PER PERSON PLUS ANY
    NON-REFUNDABLE DISBURSEMENTS.

*   IF THE TOUR OPERATES AND COACHES ARE NOT FILLED, THEN THE CANCELLATION WILL
    BE $25.00 PLUS ANY NON-REFUNDABLE DISBURSEMENTS PLUS A SURCHARGE APPLICABLE
    TO LESS THAN 40 PAID PER COACH AS STATED IN THE ORIGINAL ITINERARY.  THE
    TOTAL SURCHARGE WILL BE DIVIDED BY THE NUMBER OF STUDENTS CANCELLING TO
    DETERMINE THE AMOUNT OF THE SURCHARGE COMPONENT IN THE CANCELLATION FEE.
    THE CANCELLATION FEE WILL NOT EXCEED $75.00.

### EXAMPLE:

A SCHOOL WHICH HAD 87 STUDENTS SIGNED UP FOR THE TOUR PRIOR TO JANUARY 16,
1991, DOES OPERATE WITH 65 STUDENTS.  THE SURCHARGE FOR 30-34 PAID PER
COACH IS $12.00 PER STUDENT AS STATED IN THE ORIGINAL ITINERARY.  THE
CANCELLATION FEE IS $61.00 CALCULATED AS FOLLOWS:

            MINIMUM CANCELLATION CHARGE      $25.00
            SURCHARGE: (65 X $12)/22 = $36    36.00
                                            --------
                                             $61.00

IF THIS GROUP WAS ALSO SCHEDULED TO GO TO "SHEAR MADNESS" AND A NON-REFUNDABLE
PAYMENT OF $18.00 PER TICKET HAD BEEN PAID, THE CANCELLATION WOULD BE $75.00
CALCULATED AS FOLLOWS:

            MINIMUM CANCELLATION CHARGE      $25.00
            SURCHARGE                        $36.00
            SHEAR MADNESS                    $18.00
                                            --------
                                             $79.00

SINCE THE CALCULATED CANCELLATION FEE EXCEEDS $75, THE CANCELLATION FEE IS
CAPPED AT $75.00.

IF A TOUR IS COMPLETLY CANCELLED, REFUND CHECKS WILL BE SENT OUT WITHIN TWO
WEEKS AFTER CANCELLATION.  CANCELLATIONS ON TOURS THAT DO OPERATE WILL BE SENT
OUT TWO WEEKS AFTER THE TOUR OPERATES.

# Educational Tours, Inc.



**Quality Student Tours**

Ex. 2

# Atlanta, Georgia



*Martin Luther King Memorial*

## Tour Features Include:

- Round trip to/from Atlanta aboard climate controlled, restroom and video equipped motorcoach.
- Lectured city sightseeing tour in Atlanta on board your coach by professional licensed guides.
- First class lodging.
- All meals beginning with dinner on day one through dinner on day four.
- Excursion enroute to Chattanooga featuring Lookout Mountain, Ruby Falls and Rock City.
- Admissions to all included features.
- Planned evening activities.
- Chaperones complimentary in ratio of one for every 15 paid participants.
- Dedicated security guard each evening in hotel.
- Insurance coverage: $3,000 life; $2,500 accident/medical per person.

*over please*



# EDUCATIONAL TOURS, INC.
104 Wilmot Road • Deerfield, IL 60015
(708) 374-0088 • (800) 962-0060 (outside 708 & 312 area codes)

Ex. 3

# Atlanta, Georgia



*Martin Luther King Memorial*

## Tour Features Include:

- Round trip to/from Atlanta aboard climate controlled, restroom and video equipped motorcoach.
- Lectured city sightseeing tour in Atlanta on board your coach by professional licensed guides.
- First class lodging.
- All meals beginning with dinner on day one through dinner on day four.
- Excursion enroute to Chattanooga featuring Lookout Mountain, Ruby Falls and Rock City.
- Admissions to all included features.
- Planned evening activities.
- Chaperones complimentary in ratio of one for every 15 paid participants.
- Dedicated security guard each evening in hotel.
- Insurance coverage: $3,000 life; $2,500 accident/medical per person.

*over please*

HEMISPHERE EDUCATIONAL TRAVEL PROGRAMS
694 MILWAUKEE AVENUE
PROSPECT HTS., IL. 60070
(708) 541-7575 SUBURBS (312) 631-1344 CHICAGO
800-323-6439 TOLL FREE

Ex. 4

# HEMISPHERE

**Educational Travel Programs**
a division of Hemisphere Travel, Inc.

Student & Group Tours    Musicals & Plays    Brochure Request    Why Choose Hemisphere    Contact Us    Home

Where Do You Want To Go Today?

St Louis



Click here or the picture to enter the Hemisphere Web Site

Photo Credits

Author: i-sonic.com iMit Technology
Copyright © 2003 Hemisphere Travel.
All rights reserved.  Revised:  December 10, 2003

http://www.educationaltours.com/

# HEMISPHERE

**Educational Travel Programs**
a division of Hemisphere Travel, Inc.

Where Do You Want To Go Today?

Chicago

Student & Group Tours | Musicals & Plays | Brochure Request | Why Choose Hemisphere | Contact Us | Home

## Student & Group Tours

Tour the United States, Canada, Mexico
& Spain with Hemisphere Educational Travel



## Musicals & Plays

Now Booking Musicals & Plays in Chicago,
New York City and Toronto, Canada



## Tour Photos

Pictures from various Student & Group
Tours across the United States



## Design Your Own Tour

Hemisphere's Group Tour Department can
assist you in creating just the right tour for



Case 1:04-cv-00559   Document 1   Filed 01/23/04   Page 30 of 70

Page 2 of 2

Hemisphere Travel & Educational Tours with Hemisphere Travel - Musicals & Plays, Student & Group Tours, Chicago, New ...

your school or group

## Brochure & Information Request

Request brochures and additional information on Musicals, Plays, Student and Group Tours



## Tour Leader Incentives

Tour Leaders Travel FREE with every 10/15 students or participants

And take a look at the Referral Program, we want to give you the opportunity to make some extra CASH !

Author: i-sonic.com i-Mint Technology
Copyright © 2003 Hemisphere Travel.
All rights reserved. Revised: December 10, 2003

Ex. 5

Case 1:04-cv-00559   Document 1   Filed 01/23/04   Page 32 of 70

# HEMISPHERE

**Educational Travel Programs**
a division of Hemisphere Travel, Inc.

| Student & Group Tours | Musicals & Plays | Brochure Request | Why Choose Hemisphere | Contact Us | Home |

Where Do You Want To Go Today?

Chicago



Click here or the picture to enter the Hemisphere Web Site

Photo Credits

Author: i.sonic.com Mtitt Technology
Copyright © 2003 Hemisphere Travel.
All rights reserved.  Revised:  December 10, 2003

Case 1:04-cv-00559   Document 1   Filed 01/23/04   Page 33 of 70

Hemisphere Travel & Educational Tours with Hemisphere Travel - Musicals & Plays, Student & Group Tours, Chicago, New ...   Page 1 of 2



Toronto, Ontario

Where Do You Want To Go Today?

**HEMISPHERE**

Educational Travel Programs
a division of Hemisphere Travel, Inc.

Student & Group Tours    Musicals & Plays    Brochure Request    Why Choose Hemisphere    Contact Us    Home



## Student & Group Tours

Tour the United States, Canada, Mexico & Spain with Hemisphere Educational Travel



## Musicals & Plays



Now Booking Musicals & Plays in Chicago, New York City and Toronto, Canada

## Tour Photos

Pictures from various Student & Group Tours across the United States



## Design Your Own Tour



Hemisphere's Group Tour Department can assist you in creating just the right tour for

Case 1:04-cv-00559   Document 1   Filed 01/23/04   Page 34 of 70

your school or group

## Brochure & Information Request

Request brochures and additional information on Musicals, Plays, Student and Group Tours



### Tour Leader Incentives

Tour Leaders Travel FREE with every 10/15 students or participants

And take a look at the Referral Program, we want to give you the opportunity to make some extra CASH !

Author: i-sonic.com /Mill Technology.
Copyright © 2003 Hemisphere Travel.
All rights reserved.  Revised: December 10, 2003

Ex. 6

Hemisphere Travel & Educational Tours and Travel, Musicals & Plays with Hemisphere Travel - Chicago, New York, Ontario...  Page 1 of 1



Author: i-sonic.com iMint Technology
Copyright © 2003 Hemisphere Travel
All rights reserved. Revised: December 10, 2003

Case 1:04-cv-00559  Document 1  Filed 01/23/04  Page 37 of 70

Hemisphere Travel & Educational Tours with Hemisphere Travel - Musicals & Plays, Student & Group Tours, Chicago, New ...    Page 1 of 2



# HEMISPHERE

Educational Travel Programs
a division of Hemisphere Travel, Inc.

St. Louis

Where Do You Want To Go Today?

Student & Group Tours    Musicals & Plays    Brochure Request    Why Choose Hemisphere    Contact Us    Home



## Student & Group Tours

Tour the United States, Canada, Mexico
& Spain with Hemisphere Educational Travel



## Musicals & Plays

Now Booking Musicals & Plays in Chicago,
New York City and Toronto, Canada



## Tour Photos

Pictures from various Student & Group
Tours across the United States



## Design Your Own Tour

Hemisphere's Group Tour Department can
assist you in creating just the right tour for

Case 1:04-cv-00559   Document 1   Filed 01/23/04   Page 38 of 70

your school or group

## Brochure & Information Request

Request brochures and additional information on Musicals, Plays, Student and Group Tours

## Tour Leader Incentives

Tour Leaders Travel FREE with every 10/15 students or participants

And take a look at the Referral Program, we want to give you the opportunity to make some extra CASH !

Author: i-sonic.com - Will Technology
Copyright © 2003 Hemisphere Travel.
All rights reserved. Revised: December 10, 2003
+ 日 ■

Ex. 7

Case 1:04-cv-00559   Document 1   Filed 01/23/04   Page 40 of 70

NetworkSolutions°

HELP   WHOIS   VIEW ORDER   AC

| HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS |

# WHOIS SEARCH RESULTS

**WHOIS RECORD FOR**

**educationaltours.com**          Back-order this name

Registrant:
Hemisphere Educational Travel Programs (EDUCATIONALTOURS-DOM)
694 Milwaukee Ave
Prospect Heights, IL 60070
US

Domain Name: EDUCATIONALTOURS.COM

Administrative Contact:
Mittlestaedt, Darryl (DM5791) darryl@I-SONIC.COM
2413 W ALGONQUIN RD
ALGONQUIN, IL 60102-9402
US
(630) 479-1575 fax: (630) 241-4965

Technical Contact:
COOLWEB (CO96-ORG) mail@2COOLWEB.COM
COOLWEB
2COOLWEB, INC
Dallas, TX 75287
US
972-267-2665 fax: 123 123 1234

Record expires on 25-Jun-2006.
Record created on 26-Jun-1997.
Database last updated on 22-Jan-2004 19:04:50 EST.

Domain servers in listed order:

NS1.XYZDNS.NET 216.180.243.243
NS2.XYZDNS.NET 216.180.243.245



Get the C
small bu:



The CitiBusine

Protect your personal information with Private Registration          **SEARCH AGAIN**

Actions you can take to protect your WHOIS information

Next Registration Rights

We
S

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the
use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is
provided by Network Solutions for information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. Network Solutions does not guarantee its accuracy.
By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use
this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow,
enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via
e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to
Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of
this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use
high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions
reserves the right to terminate your access to the WHOIS database in its sole discretion, including without
limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy.
Network Solutions reserves the right to modify these terms at any time.

Back to top | About Us | Partnerships | Contact Us | Site Map

| Home | Register a Domain | Create a Web Site | Buy E-mail | Purchase Hosting | Promote Your Site | Grow Your Business | Transfer Your Domains | Renew Services | Account Manage |

Review our Privacy Policy, Service Agreement, and Legal Notice
© Copyright 2004 Network Solutions. All rights reserved.

$\mathcal{E}x.\,8$



*Celebrating 35 years of Extraordinary Student Tours*

Educational Tours, Inc.

UPDATE

DESTINATIONS          Learn More ●

ABOUT US              Learn More ●

FAQs                  Learn More ●

ONLINE ROOMING LIST   Learn More ●

WHAT'S NEW?           Learn More ●

## Discover a Living Classroom

Travel with ET and experience a living classroom, where textbook lessons come to life and pictures become reality. Join the tens of thousands of students and teachers who travel with ET every year and let your Knowledge Adventure begin!

Site designed and maintained by INTERNET CHICAGO © 2004.

Ex. 9

NetworkSolutions

HELP    WHOIS    VIEW ORDER    AC

| HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS |

# WHOIS SEARCH RESULTS

## WHOIS RECORD FOR

**et-educationaltours.net**    Back-order this name

Registrant:
Hemisphere Educational Travel (GYMZDSMTQD)
694 Milwaukee Ave
Prospect Heights, IL 60070
US

Domain Name: ET-EDUCATIONALTOURS.NET

Administrative Contact:
Hemisphere Educational Travel (EQZUQDKBNQ) Jack@educationaltours.com
694 Milwaukee Ave
Prospect Heights, IL 60070
US
847-541-7575

Technical Contact:
Network Solutions, Inc. (HOST-ORG) customerservice@networksolutions.com
13200 Woodland Park Drive
Herndon, VA 20171-3025
US
1-888-642-9675 fax: 571-434-4620

Record expires on 17-Oct-2005.
Record created on 17-Oct-2002.
Database last updated on 22-Jan-2004 19:10:47 EST.

Domain servers in listed order:

NS31.WORLDNIC.COM 216.168.225.161
NS32.WORLDNIC.COM 216.168.225.162

New

Priv

Regi

Protect y
from spa
and teler

$5 a y
Introdu

FIND O

SEARCH AGAIN

Protect your personal information with Private Registration

Help y
busine:
go pla

with the Ci
AAdvantag

citi

Actions you can take to protect your WHOIS information

## Next Registration Rights

We
S

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.

Back to top | About Us | Partnerships | Contact Us | Site Map

| Home | Register a Domain | Create a Web Site | Buy E-mail | Purchase Hosting | Promote Your Site | Grow Your Business | Transfer Your Domains | Renew Services | Account Manager |
|------|------|------|------|------|------|------|------|------|------|

Review our Privacy Policy, Service Agreement, and Legal Notice
© Copyright 2004 Network Solutions. All rights reserved.

Ex. 10

Network Solutions

HELP   WHOIS   VIEW ORDER   | AC

| HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS |

# WHOIS SEARCH RESULTS



**WHOIS RECORD FOR**

**et-educationaltours.us**        Back-order this name

Registrant:
Hemisphere Educational Travel (BBBLQVEHOD)
694 Milwaukee Ave
Prospect Heights, IL 60070
US

Domain Name: ET-EDUCATIONALTOURS.US

Administrative Contact:
Hemisphere Educational Travel (EQZUQDKBNQ) Jack@educationaltours.com
694 Milwaukee Ave
Prospect Heights, IL 60070
US
847-541-7575

Technical Contact:
Network Solutions, Inc. (HOST-ORG) customerservice@networksolutions.com
13200 Woodland Park Drive
Herndon, VA 20171-3025
US
1-888-642-9675 fax: 571-434-4620

Record expires on 16-Oct-2005.
Record created on 17-Oct-2002.
Database last updated on 22-Jan-2004 19:11:17 EST.

Domain servers in listed order:

NS45.WORLDNIC.COM 216.168.225.175
NS46.WORLDNIC.COM 216.168.225.176

Protect your personal information with Private Registration

SEARCH AGAIN

citi

Help ye
busine:
go plac

with the Cil
AAdvantag

We
S

Actions you can take to protect your WHOIS information

Next Registration Rights

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.

Back to top | About Us | Partnerships | Contact Us | Site Map

| Home | Register a Domain | Create a Web Site | Buy E-mail | Purchase Hosting | Promote Your Site | Grow Your Business | Transfer Your Domains | Renew Services | Account Manager |

Review our Privacy Policy, Service Agreement, and Legal Notice

© Copyright 2004 Network Solutions. All rights reserved.

Ex. 11

# Sachnoff & Weaver, Ltd.

Attorneys at Law

30 South Wacker Drive · 29th Floor · Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Marshall Seeder
(312) 207-6537
mseeder@sachnoff.com

Facsimile (312) 207-6400

www.sachnoff.com

December 8, 2003

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Jack Golen
Hemisphere Travel, Inc.
694 Milwaukee Avenue
Prospect Heights, IL  60070

> **Re:    ET-EDUCATIONALTOURS.NET**
> **ET-EDUCATIONALTOURS.US**
> **EDUCATIONALTOURS.COM**

Dear Mr. Golen:

We represent Educational Tours, Inc. ("ET") in various intellectual property matters. ET has used and been known by the "ET" stylized logo since 1977, and has been known by the name "Educational Tours," since 1969.

It has come to our attention that you have registered, and are actively using, the following domain names to promote ET's competitor, Hemisphere Educational Travel Programs: et-educationaltours.net, et-educationaltours.us, and educationaltours.com, which you purported to own and offered to sell to ET for $10,000 in early 1997 (the "Infringing Domain Names").

Your registration and use of the Infringing Domain Names are likely to cause, and have actually caused, confusion; are likely to deceive, and have actually deceived, the public; and are likely to tarnish and dilute, and have actually tarnished and diluted, our client's name, logo, reputation, and trademark. Your registration and use are also a willful violation of ET's federally protected rights under 15 U.S.C. §§ 1125(a) and (c). Additionally, your registration and use of the Infringing Domain Names constitute violations of the Uniform Domain Name Dispute Resolution Policy promulgated by the International Corporation for Assigned Names and Numbers as well as a violation of the Anti-Cybersquatting Consumer Protection Act (11 U.S.C. § 1125(d)). Under § 1125(d), ET can recover statutory damages of up to $100,000 per domain name violation. These remedies are in addition to other remedies available under state,

# Sachnoff & Weaver, Ltd.

Attorneys at Law

Mr. Jack Golen
December 8, 2003
Page 2

federal and applicable international law, which may include compensatory damages, punitive damages, attorneys' fees and other equitable relief.

Additionally, your illegal and tortious use of the Infringing Domain Names, and other actions you have taken against ET, are in violation of the Student Youth Travel Association's Code of Ethics, the National Tour Association's Code of Ethics, and the American Society of Travel Agents' Code of Ethics, by which, according to your website, you are "accredited."

Accordingly, we hereby demand that you cease and desist using the Infringing Domain Names and that you take immediate steps to legally transfer them to ET. I will provide you with all information necessary to expedite the transfer of the Infringing Domain Names once we have your agreement to do so.

Please be advised that if we do not receive your written assurances by December 17, 2003 that you will comply with our demand, we will take all necessary legal steps to protect our client's rights.

Sincerely,

Marshall Seeder
for SACHNOFF & WEAVER, LTD.

cc:     Darryl Mittelstaedt (via Certified Mail, Return Receipt Requested)
        Gary Dienstag (via hand delivery)
        Mitchell L. Slotnick

Ex. 12

# NetworkSolutions

## This site is under Construction and Coming Soon.

### ✧ Search These Related Topics

Educational travel
Travel
Galapagos tour
Travel to australia
Travel air
Study abroad

Travel to canada
Australia travel
Travel information
Travel cheap
Travel to japan
Travel to india

Travel to mexico
Travel to hawaii
Travel to new zealand
Online travel
Travel to seattle
Travel to new york

New zealand travel
Travel jobs
Travel to costa rica
Travel to cuba
Travel to florida
Travel discounts

Travel to brazil
Travel to peru
Study abroad programs
Travel to spain
Travel to russia
Travel maps

Travel to san francisco
Florida travel
Mexico travel
France travel
Spain travel
Travel to china

### ◄ Other Popular Categories

**Travel**
Car Rental
Hotels
Airline
Vacations
Cruises

**Financial Planning**
Debt
Credit Cards
Loans
Low Cost Insurance
Work from Home

**Business and Finance**
Affiliate Program
Student Loans
Stocks
How to Make Money
Home for Sale

**Health and Beauty**
Skin Care Products
Exercise Equipment
Hair Replacement
Health Care
Weight Loss

**Health Products**
Vitamins
Weight Loss Drugs
Joint Pain Relief
Allergy Relief
Stop Smoking

**Sports Tickets**
Football Tickets
Baseball Tickets
Basketball Tickets
Hockey Tickets
NASCAR Tickets

✧ Try a Search: [          ] Go!

**websitepros**

We have built more than 400,000
Web sites for small businesses.

Copyright 2003 Network Solutions, Inc. All rights reserved.



## BUY A DOMAIN AS LOW AS $15

www.[          ]

☑ .com ☐ .net ☐ .org
☐ .biz ☐ .info ☐ .us

[GO]

• **FREE Search**
• **FREE 24x7 Support**
• **FREE online Account Management**

**Register a new domain...**
CLICK HERE ►

## Promote your business.

Build Your Business:
Get listed in top search engines
Special web site hosting offer
Forward visitors to your web site
Incorporate Your Business

Ex. 13

# Network Solutions
## This Site is Under Construction and Coming Soon.

**BUY A DOMAIN AS LOW AS $15**

www.

☑ .com ☐ .net ☐ .org

☐ .biz ☐ .info ☐ .us

**GO**

•FREE Search
•FREE 24x7 Support
•FREE online Account Management

**Register a new domain...**
CLICK HERE

**You've got lots of reasons**

Build Your Business:

Get listed in top search engines
Special web site hosting offer
Forward visitors to your web site
Incorporate Your Business

**: Search These Related Topics**

Educational travel
Travel
Galapagos tour
Travel to australia
Travel air
Study abroad

Travel to mexico
Travel to hawaii
Travel to new zealand
Online travel
Travel to seattle
Travel to new york

Travel to brazil
Travel to peru
Study abroad programs
Travel to spain
Travel to russia
Travel maps

Travel to canada
Australia travel
Travel information
Travel cheap
Travel to japan
Travel to india

New zealand travel
Travel jobs
Travel to costa rica
Travel to cuba
Travel to florida
Travel discounts

Travel to san francisco
Florida travel
Mexico travel
France travel
Spain travel
Travel to china

**: Other Popular Categories**

**Travel**
Car Rental
Hotels
Airline
Vacations
Cruises

**Financial Planning**
Debt
Credit Cards
Loans
Low Cost Insurance
Work from Home

**Business and Finance**
Affiliate Program
Student Loans
Stocks
How to Make Money
Home for Sale

**Health and Beauty**
Skin Care Products
Exercise Equipment
Hair Replacement
Health Care
Weight Loss

**Health Products**
Vitamins
Weight Loss Drugs
Joint Pain Relief
Allergy Relief
Stop Smoking

**Sports Tickets**
Football Tickets
Baseball Tickets
Basketball Tickets
Hockey Tickets
NASCAR Tickets

**: Try a Search:**
**GO**



Have your next staff meeting

Citi Advantage

Trademark Free Zone, Review our Privacy Policy, Service Agreement, Legal Notice, Disclaimer
Copyright 2003 Network Solutions, Inc. All rights reserved.

Ex. 14

# HEMISPHERE

**Educational Travel Programs**
a division of Hemisphere Travel, Inc.

Student & Group Tours | Musicals & Plays | Brochure Request | Why Choose Hemisphere | Contact Us | Home

Where Do You Want To Go Today?



Click here or the picture to enter the Hemisphere Web Site

Photo Credits

Author: i-sonic.com /Mitt Technology
Copyright © 2003 Hemisphere Travel.
All rights reserved. Revised: December 10, 2003

Case 1:04-cv-00559   Document 1   Filed 01/23/04   Page 59 of 70

Hemisphere Travel & Educational Tours with Hemisphere Travel - Musicals & Plays, Student & Group Tours, Chicago, New ...   Page 1 of 2

# HEMISPHERE

**Educational Travel Programs**
**a division of Hemisphere Travel, Inc.**



Where Do You Want To Go Today?

Student & Group Tours    Musicals & Plays    Brochure Request    Why Choose Hemisphere    Contact Us    Home

## Student & Group Tours

Tour the United States, Canada, Mexico
& Spain with Hemisphere Educational Travel



## Musicals & Plays

Now Booking Musicals & Plays in Chicago,
New York City and Toronto, Canada

## Tour Photos



Pictures from various Student & Group
Tours across the United States



## Design Your Own Tour



Hemisphere's Group Tour Department can
assist you in creating just the right tour for

Case 1:04-cv-00559   Document 1   Filed 01/23/04   Page 60 of 70

Hemisphere Travel & Educational Tours with Hemisphere Travel - Musicals & Plays, Student & Group Tours, Chicago, New ...    Page 2 of 2

your school or group

## Brochure & Information Request

Request brochures and additional information
on Musicals, Plays, Student and Group Tours



## Tour Leader Incentives

Tour Leaders Travel FREE with every 10/15
students or participants

And take a look at the Referral Program, we
want to give you the opportunity to make
some extra CASH !

Author: i-sonic.com: iMII Technology
Copyright © 2003 Hemisphere Travel.
All rights reserved.  Revised: December 10, 2003

Ex. 15

Make a WHOIS search on any domain on the Web | Network Solutions
Case 1:04-cv-00539 Document 1  Filed 01/23/04  Page 62 of 70
Page 1 of 2

Network Solutions

HELP    WHOIS    VIEW ORDER    AC

| HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS |

## WHOIS SEARCH RESULTS

### WHOIS RECORD FOR

**educationaltours.net**          Back-order this name

Registrant:
Golen, Jack (EDUCATIONALTOURS4-DOM)
694 Milwaukee Ave.
Prospect Heights, IL 60070
US

Domain Name: EDUCATIONALTOURS.NET

Administrative Contact:
Mittlestaedt, Darryl (DM5791) darryl@I-SONIC.COM
2413 W ALGONQUIN RD
ALGONQUIN, IL 60102-9402
US
(630) 479-1575 fax: (630) 241-4965

Technical Contact:
COOLWEB (CO96-ORG) mail@2COOLWEB.COM
COOLWEB
2COOLWEB, INC
Dallas, TX 75287
US
972-267-2665 fax: 123 123 1234

Record expires on 17-Jan-2009.
Record created on 17-Jan-2000.
Database last updated on 22-Jan-2004 19:11:47 EST.

Domain servers in listed order:

NS1.XYZDNS.NET 216.180.243.243
NS2.XYZDNS.NET 216.180.243.245

Get a

W

Help yo
busine:
go plac

with the Cit
AAdvantag

Protect your personal information with Private Registration          SEARCH AGAIN



We
S

Actions you can take to protect your WHOIS information

Next Registration Rights

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the
use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is
provided by Network Solutions for information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. Network Solutions does not guarantee its accuracy.
By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use
this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow,
enable, or otherwise enable the transmission of mass unsolicited, commercial advertising or solicitations via
e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to
Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of
this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use
high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions
reserves the right to terminate your access to the WHOIS database in its sole discretion, including without
limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy.
Network Solutions reserves the right to modify these terms at any time.

Case 1:04-cv-00559   Document 1   Filed 01/23/04   Page 63 of 70

Back to top | About Us | Partnerships | Contact Us | Site Map

| Home | Register a Domain | Create a Web Site | Buy E-mail | Purchase Hosting | Promote Your Site | Grow Your Business | Transfer Your Domains | Renew Services | Account Manager |

Review our Privacy Policy, Service Agreement, and Legal Notice
© Copyright 2004 Network Solutions. All rights reserved.

Ex. 16

NetworkSolutions     HELP    WHOIS    VIEW ORDER    AC

| HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS |
|------|-------------------|-------------------|------------|------------------|---------------------|----------------------|

# WHOIS SEARCH RESULTS

**WHOIS RECORD FOR**

**e-educationaltours.com**     Back-order this name

Registrant:
Hemisphere Travel Inc. (EEDUCATIONALTOURS-DOM)
694 N MILWAUKEE AVE
PROSPECT HTS, IL 60070-2353
US

Domain Name: E-EDUCATIONALTOURS.COM

Administrative Contact:
Hemisphere Travel Inc. (O25483-OR) jaak7@aol.com
694 N MILWAUKEE AVE
PROSPECT HTS, IL 60070-2353
US
847-541-7575 fax: 847-541-7602

Technical Contact:
Network Solutions, Inc. (HOST-ORG) customerservice@networksolutions.com
13200 Woodland Park Drive
Herndon, VA 20171-3025
US
1-888-642-9675 fax: 571-434-4620

Record expires on 08-Aug-2005.
Record created on 08-Aug-2001.
Database last updated on 22-Jan-2004 19:12:16 EST.

Domain servers in listed order:

NS45.WORLDNIC.COM 216.168.225.175
NS46.WORLDNIC.COM 216.168.225.176

Get a



Get the C
small bu:



The CitiBusin

Protect your personal information with Private Registration    SEARCH AGAIN

We
S

Actions you can take to protect your WHOIS information

Next Registration Rights

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.

Back to top | About Us | Partnerships | Contact Us | Site Map

| Home | Register a Domain | Create a Web Site | Buy E-mail | Purchase Hosting | Promote Your Site | Grow Your Business | Transfer Your Domains | Renew Services | Account Manager |
|---|---|---|---|---|---|---|---|---|---|

Review our Privacy Policy, Service Agreement, and Legal Notice
© Copyright 2004 Network Solutions. All rights reserved.

Ex. 17

Make a WHOIS search on any domain on the Web | Network Solutions
Case 1:04-cv-00559 Document 1 Filed 01/23/04 Page 68 of 70
Page 1 of 2

NetworkSolutions

HELP   WHOIS   VIEW ORDER   | AC

| HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS |

# WHOIS SEARCH RESULTS

**WHOIS RECORD FOR**

**e-educationaltours.net**     Back-order this name

Registrant:
Hemisphere Travel Inc. (XAFBAEXKKD)
694 N MILWAUKEE AVE
PROSPECT HTS, IL 60070-2353
US

Domain Name: E-EDUCATIONALTOURS.NET

Administrative Contact:
Hemisphere Travel Inc. (TAUWRZFMVO) jaak7@aol.com
694 N MILWAUKEE AVE
PROSPECT HTS, IL 60070-2353
US
847-541-7575

Technical Contact:
Network Solutions, Inc. (HOST-ORG) customerservice@networksolutions.com
13200 Woodland Park Drive
Herndon, VA 20171-3025
US
1-888-642-9675 fax: 571-434-4620

Record expires on 29-Jul-2005.
Record created on 29-Jul-2002.
Database last updated on 22-Jan-2004 19:12:58 EST.

Domain servers in listed order:

NS49.WORLDNIC.COM 216.168.225.179
NS50.WORLDNIC.COM 216.168.225.190

**New**

**Priv**

**Regi**

Protect y
from spa
and teler

**$5 a y**
**Introdu**

FIND OI

Get the C
small bus



The CitiBusine

Protect your personal information with Private Registration     [SEARCH AGAIN]

Actions you can take to protect your WHOIS information

Next Registration Rights

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.

We
S



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**
JAN 2 6 2004

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff**(s): **EDUCATIONAL TOURS, INC.**

**Defendant**(s):**HEMISPHERE TRAVEL, INC., HEMISPHERE EDUCATIONAL TRAVEL PROGRAMS, and JACK GOLEN**

County of Residence: Lake

County of Residence:

Plaintiff's Atty:   Marshall Seeder
Sachnoff & Weaver, Ltd.
30 S. Wacker Dr., 29th Floor,
Chicago, IL 60606
312/207-1000

Defendant's Atty:

# 04C 0559

II. Basis of Jurisdiction:   **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin :   **1. Original Proceeding**

V. Nature of Suit:   **840 Trademark**

VI.Cause of Action:   **15 U.S.C. §1051, et seq. - Trademark Infringement**

VII. Requested in Complaint
Class Action:**No**
Dollar Demand:
Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature:

Date: 1/23/04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**DOCKETED**
JAN 2 6 2004

In the Matter of

EDUCATIONAL TOURS, INC.

v.

HEMISPHERE TRAVEL, INC., HEMISPHERE EDUCATIONAL TRAVEL
PROGRAMS, and JACK GOLEN

C●●●Number;

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

EDUCATIONAL TOURS, INC.

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Marshall Seeder | NAME Peter T. Berk |
| FIRM Sachnoff & Weaver, Ltd. | FIRM Sachnoff & Weaver, Ltd. |
| STREET ADDRESS 30 South Wacker Drive, 29th Floor | STREET ADDRESS 30 South Wacker Drive, 29th Floor |
| CITY/STATE/ZIP Chicago, Illinois 60606 | CITY/STATE/ZIP Chicago, Illinois 60606 |
| TELEPHONE NUMBER (312) 207-1000 / FAX NUMBER (312) 207-6400 | TELEPHONE NUMBER (312) 207-1000 / FAX NUMBER (312) 207-6400 |
| E-MAIL ADDRESS msccder@sachnoff.com | E-MAIL ADDRESS pberk@sachnoff.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 03127674 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6242515 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER / FAX NUMBER | TELEPHONE NUMBER / FAX NUMBER |
| E MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

1-3