## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| EDUCATIONAL TOURS, INC., an Illinois corporation, | ) )  ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No.   04 C 0559 ) Judge Zagel ) Magistrate Judge Ashman |
| HEMISPHERE TRAVEL, INC., an Illinois corporation, HEMISPHERE EDUCATIONAL TRAVEL PROGRAMS, a division of Hemisphere Travel, Inc. and JACK GOLEN, | ) ) ) ) ) ) |
| Defendants. | ) |

**DOCKETED**
**MAY 1 1 2004**

**FILED**
**MAY 1 0 2004**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO:   Marshall Seeder
      Peter T. Berk
      Sachnoff & Weaver, Ltd.
      30 South Wacker Drive, 29th Floor
      Chicago, IL 60606

PLEASE TAKE NOTICE that on May 10, 2004, there was filed with the United States District Court for the Northern District of Illinois, Eastern Division, the following: **Answer and Affirmative Defenses to Complaint**, a copy of which is herewith attached.

_____
One of its Attorneys

Phillip J. Zisook
Brian D. Saucier
DEUTSCH, LEVY & ENGEL, CHARTERED
225 West Washington Street, Suite 1700
Chicago, Illinois  60606
312/346-1460
Firm No. 90235

## PROOF OF SERVICE BY HAND DELIVERY

I, Brian D. Saucier, depose and state that I caused the foregoing document to be served upon the above-listed parties by hand delivery, prior to 6:00 p.m., on  this 10th  day of May, 2004.

_____

SUBSCRIBED AND SWORN TO
before me this 10th day of May, 2004.

Bonita L. Baron
Notary Public

OFFICIAL SEAL
BONITA L BARON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/27/0_

- 173854.1

21

**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EDUCATIONAL TOURS, INC.,                      )
an Illinois corporation,                      )
                                              )
                    Plaintiff,                )
                                              )
        v.                                    )    No.    04 C 0559
                                              )    Judge Zagel
HEMISPHERE TRAVEL, INC.,                       )    Magistrate Judge Ashman
an Illinois corporation, HEMISPHERE            )
EDUCATIONAL TRAVEL PROGRAMS,                   )
a division of Hemisphere Travel, Inc. and      )
JACK GOLEN,                                    )
                                              )
                    Defendants.               )

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

Defendants, Hemisphere Travel, Inc., Hemisphere Educational Travel Programs and Jack Golen (collectively "Defendants"), by their attorneys, Phillip J. Zisook and Brian D. Saucier of Deutsch, Levy & Engel, Chartered, as their Answer to the Complaint of Plaintiff, Educational Tours, Inc., state as follows:

1.       This is a Complaint for redress for violations of the Lanham Act (15 U.S.C. § 1051, *et. seq.*), violation of the Anti-Cybersquatting Act (15 U.S.C. §1125(d)), violation of the Illinois Anti-Dilution Act (765 ILCS 1036/65), violation of the Illinois Deceptive Trade Practices Act (815 ILCS 510/1 *et. seq.*), violation of the Illinois Consumer Fraud Act (815 ILCS 505/1 *et. seq.*) and acts of unfair competition. Defendants Hemisphere Travel, Inc., Hemisphere Educational Travel Programs, a division of Hemisphere Travel, Inc., and Jack Golen, who is the owner, operator and President of Hemisphere Travel, Inc., have attempted to illegally make a profit on

Educational Tours' Long-minding good name and reputation via a continual course of conduct involving, among other acts, misappropriating Educational Tours' name and mark, registering domain names wing Educational Tours' name and mark, and redirecting customers' Internet attempts to contact Educational Tours to Hemisphere's own website, which purports to provide similar services, thereby causing consumer confusion and injury to Educational Tours.  Educational Tours is entitled to redress for these harms.

**ANSWER:**   Defendants admit that this Complaint seeks redress for alleged violations of the Lanham Act (15 U.S.C. § 1051, *et. seq.*), violation of the Anti-Cybersquatting Act (15 U.S.C. §1125(d)), violation of the Illinois Anti-Dilution Act (765 ILCS 1036/65), violation of the Illinois Deceptive Trade Practices Act (815 ILCS 510/1 *et. seq.*), violation of the Illinois Consumer Fraud Act (815 ILCS 505/1 *et. seq.*) and acts of unfair competition. Defendants also admit Defendant Hemisphere Educational Travel Programs is a division of Hemisphere Travel, Inc., and that Jack Golen, who is owner, operator and President of Hemisphere Travel, Inc.  Defendants deny that Plaintiff is entitled to any relief on such claims.

## JURISDICTION AND VENUE

2.    This Court has jurisdiction pursuant to 28 U.S.C. §1331 as this case arises under the laws of the United States, specifically 15 U.S.C. §1051, *et. seq.* This Court has jurisdiction over the non-federal claims pursuant to 28 U.S.C. §1367 as such claims are so related to the claims over which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

**ANSWER:**   Admitted.

3.      Venue is proper in this Court pursuant to 28 U.S.C. §1391 as a substantial part of the events giving rise to the claim occurred in this district, and Defendants Hemisphere Travel, Inc., Hemisphere Educational Travel Programs, and Jack Golen, upon information and belief, reside in this judicial district.

**ANSWER:**    Admitted.

## PARTIES

4.      Plaintiff Educational Tours, Inc. ("Educational Tours") is an Illinois Corporation, with its principal place of business in Deerfield, Illinois. Educational Tours is the largest independent student tour operator in the United States.

**ANSWER:**    Defendants lack sufficient information to either admit or deny the allegations.

5.      Defendant Hemisphere Travel, Inc. ("Hemisphere") is an Illinois Corporation with its principal place of business in Prospect Heights, Illinois.

**ANSWER:**    Admitted.

6.      Defendant Hemisphere Educational Travel Program is a division of Hemisphere with its principal place of business in Prospect Heights, Illinois.

**ANSWER:**    Admitted.

7.      Defendant Jack Golen ("Golen") is the owner, operator, and President of Hemisphere, is a citizen of Illinois, and resides, upon information and belief, in Arlington Heights, Illinois.

**ANSWER:**    Admitted.

## FACTS

### Background

8.     Educational Tours, originally known as Northbrook Educational Tours, began operating in 1969. It was incorporated as Northbrook Educational Tours, Inc. in October 1984, and changed its name to Educational Tours, Inc. in March 1991.

**ANSWER:**     Defendants lack sufficient information to either admit or deny the allegations.

9.     In 1977, Educational Tours began using a distinctive, stylized logo, designed by Bill Nelson, consisting of the letters "ET" in a diagonal line with the words "Educational Tours, Inc.," and similar word variations, as a mark (the 'ET Mark") on its products, literature, letters, advertisements, and other identifying material in the educational and student tour and travel industry to identify Educational Tours as the source of the products, literature, letters, advertisements, and other material. Samples of the ET Mark are attached hereto as Exhibit 1.

**ANSWER:**     Defendants lack sufficient information to either admit or deny the allegations.

10.     Educational Tours has been using the ET Mark in interstate commerce and in the State of Illinois continuously and extensively since 1977.

**ANSWER:**     Defendants lack sufficient information to either admit or deny the allegations.

11.     Educational Tours thus owns common law trademark rights in and to the ET Mark for educational and student tour and travel services.

**ANSWER:**     Defendants lack sufficient information to either admit or deny the

allegations.

12.    Golen incorporated Hemisphere in 1975.

**ANSWER:**    Admitted.

13.    Hemisphere has repeatedly sought to profit from Educational Tours' good name, reputation, and hard work, by, among other acts, advertising, selling, and promoting its educational and student tour and travel services by misappropriating from time to time Educational Tours' materials and other proprietary information.

**ANSWER:**    Denied.

14.    For example, in 1993, Educational Tours began handing out fliers related to a trip to Atlanta, Georgia. These fliers contained Educational Tours' logo and Educational Tours' contact information, listed highlights of the trip and provided a sample itinerary. A sample of this flier is attached hereto as Exhibit 2.

**ANSWER:**    Defendants lack sufficient information to either admit or deny the allegations.

15.    In March 1994, at a travel industry trade show, Hemisphere distributed Educational Tours' Atlanta, Georgia fliers, except that Educational Tours' contact information and logo had been covered over by information for Hemisphere Educational Travel Programs. A copy of this flier is attached hereto as Exhibit 3.

**ANSWER:**    Defendants admit that Hemisphere Travel, Inc. sent one copy of the flier that appears to be attached to the Complaint as Exhibit 13 to one school. Defendants deny the remaining allegations.

16.    On March 11, 1994, upon learning of this misappropriation, Educational Tours sent a cease and desist demand to Hemisphere regarding this practice. Thereafter,

to Educational Tours' knowledge, Hemisphere stopped copying and distributing this flier.

**ANSWER:**     Admitted.

17.     In 1994 a former Educational Tours employee went to work for Golen at Hemisphere. Golen and Hemisphere, at least by April 1994, used that employee's knowledge and file of Educational Tours' contacts to surreptitiously contact Educational Tours' customers and/or suppliers at their homes or at unpublished telephone numbers to try to steal business from Educational Tours. These actions infuriated Educational Tours' customers, and required Educational Tours to spend its time, money and resources to discover the cause of the problem, take actions to ensure it would not happen again, and to reassure its customers that Educational Tours' employees were not engaging in such conduct.

**ANSWER:**     Defendants admit that in or about 1994, a former Educational Tours employee went to work for Hemisphere Travel, Inc. and that Hemisphere sent brochures to contacts recollected by such employee.  Defendants deny the remaining allegations.

18.     On or about April 1994, Educational Tours sent Hemisphere a cease and desist demand regarding this practice.  Thereafter, as far as Educational Tours is aware, Hemisphere ceased contacting Educational Tours' customers and suppliers in this manner.

**ANSWER:**     Defendants deny that they engaged in the practice alleged and therefore deny the allegations.

**Defendants' Internet Deception Scheme**

19.     In or about late 1996, Educational Tours began exploring having an Internet presence for its business.

**ANSWER:**   Defendants lack sufficient information to either admit or deny the allegations.

20.   As part of that investigation, Educational Tours sought to obtain the domain name "educationaltours.com," but was informed that that domain name was no longer available.

**ANSWER:**   Defendants lack sufficient information to either admit or deny the allegations.

21.   Shortly thereafter, in or about January or February 1997, Golen called Mitchell Slotnick, Educational Tours' Chief Executive officer, and stated that Golen and/ or Hemisphere owned the domain name **"educationaltours.com"** and offered to sell it to Educational Tours for $10,000.00.  Educational Tours rejected this offer.

**ANSWER:**   Denied.

22.   At some point in time thereafter, Hemisphere and Hemisphere Educational Travel Programs began using the domain name educationaltours.com to promote their own student travel business, and have continued to do so to the present. A copy of the website at www.educationaltours.com, to which the domain name educationaltours.com resolved as of January 22, 2003 is attached hereto as Exhibit 4.

**ANSWER:**   Defendants admit that Hemisphere and Hemisphere Educational Travel Programs began using the domain name educationaltours.com to promote their own student travel business, and have continued to do so to the present, and that what appears to be a copy of the website at www.educationaltours.com, to which the domain name educationaltours.com resolved as of January 22, 2003 is attached to the Complaint as

Exhibit 4.

23.     In fact, the website at www .educationaltours.com (see Exhibit 4) is the same as the website at www.hemisphereeducationaltravel.om, and the website at www.hemeipsheretravel.com.   A copy of the www.hemisphereeducationaltravel.com website as of January 22,2004 is attached hereto as Exhibit 5. A copy of the www.hemisheretravel.com website as of January 22,2004 is attached hereto as Exhibit 6.

**ANSWER:**   Defendants admit that the website at www .educationaltours.com is the same as the website at www.hemisphereeducationaltravel.om, and the website at www.hemeipsheretravel.com, that what appears to be a copy of the www.hemisphereeducationaltravel.com website as of January 22,2004 is attached to the Complaint as Exhibit 5, and what appears to be a copy of the www.hemisheretravel.com website as of January 22,2004 is attached to the Complaint as Exhibit 6.

24.     The domain name educationaltours.com is currently registered to Hemisphere Educational Travel Progmms at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which the same address as Defendant Hemisphere. A copy of the WHOIS results from Network Solutions for the domain name educationaltours.com printed on January 22,2004 is attached hereto as Exhibit 7.

**ANSWER:**   Defendants admit the domain name educationaltours.com is currently registered to Hemisphere Educational Travel Progmms at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which the same address as Defendant Hemisphere, and that what appears to be a copy of the WHOIS results from Network Solutions for the domain name educationaltours.com printed on January 22,2004 is attached to the Complaint as Exhibit 7.

25.     Recently, as a result of customer complaints, Educational Tours became aware that Hemisphere's and Hemisphere Educational Travel Programs' use of www.educationaltours.com and the educationaltours.com domain name was intended to and did cause confusion among the public and consumers of student tour Services, and was intended to and did deceive the public and consumers of student tour services, as to the origin of the services. The use of the domain name educationaltours.com made it appear, falsely, that the services offered by Hemisphere were somehow affiliated with, endorsed by or related to ET.

**ANSWER:**   Defendants lack sufficient information to admit or deny the legal conclusion contained in this paragraph, and such conclusions are therefore denied. All other allegations are denied.

26.     For example, in or about October 2003. a representative from a school in California searched for Educational Tours on the web in order to book a student tour for her school. Instead of finding Educational Tours the representative found Hemisphere's website at www.educationaltours.com and contacted them. The Hemisphere representative did not inform the school representative that she had not, in fact, reached Educational Tours.

**ANSWER:**   Defendants lack sufficient information to either admit or deny the allegations.

27.     In or abut October 2003 another school representative searched for Educational Tours on the Internet, but instead was directed to Hemisphere's website at www.educationaltours.com. Believing that Educational Tours may have reorganized under a different name, the school representative sent an email to the contact information

on the website.  In the email, a representative of Hemisphere Educational Travel, a

division of Hemisphere, admitted, "You may have us confused with Educational Tours

(*because of our website*)." (Emphasis added.)

**ANSWER:**   Defendants lack sufficient information to either admit or deny the

allegations.  Defendants admit that it sent an e-mail to a purported representative of a

school which stated "You may have us confused with Educational Tours (because of our

website)."

28.    Because Educational Tours was not, and is not, completely aware of the

full extent of Defendants' activities, Educational Tours has no information as to how

many of its potential customers were unlawfully diverted to Hemisphere, nor the value of

the business lost because of Defendants' actions.

**ANSWER:**   Defendants lack sufficient information to either admit or deny the

allegations.

29.    Because Educational Tours was not able to obtain its own name as a

domain name, Educational Tours instead obtained a domain name incorporating its logo

and the ET Mark - "et-educationaltours.com."

**ANSWER:**   Defendants lack sufficient information to either admit or deny the

allegations.

30.    Educational Tours began using the www.et-educationaltours.com website

in 1997 to promote its student travel services, and has continually used this website since

that time. A copy of this website as of January 22,2004 is attached hereto as Exhibit 8.

**ANSWER:**   Defendants lack sufficient information to either admit or deny the

allegations.

31.    On or about October 17, 2002, unbeknownst to Educational Tours, and without its permission, Hemisphere. through Hemisphere Educational Travel Program, registered, using the generic top-level domain .net, the domain name "et-educationaltours.net" which not only inappropriately used Educational Tours' name, but also incorporated the ET Mark The website at www.et-educationaltours.net redirected visitors to the website at www.educationaltours.com, which promotes Hemisphere's and Hemisphere Educational Travel Program' student travel services. (see Exhibit 4.)

**ANSWER:**    Defendants admit that on or about October 17, 2002, Hemisphere, through Hemisphere Educational Travel Programs, without permission of Educational Tours, registered, using the generic top-level domain .net, the domain name "et-educationaltours.net" and that the  website at www.et-educationaltours.net redirected visitors to the website at www.educationaltours.com, which promotes Hemisphere's and Hemisphere Educational Travel Program' student travel services.   Defendants lack sufficient information to admit or deny whether such registration was unbeknownst to Plaintiff.  Defendants deny the remaining allegations.

32.    The domain name et-educationaltours.net is registered to Hemisphere Educational Travel Program at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which is the same address as Defendant Hemisphere. A copy of the WHOIS result from Network Solutions for the domain name et-educationaltours.net printed on January 22,2004 is attached hereto as Exhibit 9.

**ANSWER:**    Defendants admit that the domain name et-educationaltours.net is registered to Hemisphere Educational Travel Programs at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which is the same address as Defendant Hemisphere and that

what appears to be a copy of the WHOIS result from Network Solutions for the domain name et-educationaltours.net printed on January 22,2004 is attached to the Complaint as Exhibit 9.

33.     Hemisphere's and Hemisphere Educational Travel Programs' use of the et-educationaltours.net domain name, which includes not only Educational Tours' name, but also its logo "ET," and thus, the ET Mark, was intended to and did cause confusion, and was intended to and did deceive the public, as to the origin of the services offered. The use of the domain name educationaltours.com made it appear, falsely, that the services offered by Hemisphere and Hemisphere Educational Travel Programs were somehow affiliated with, endorsed by or related to Educational Tours. This was part of Defendants' continuing scheme to unfairly steal business from Educational Tours, by creating confusion and redirecting customers, who were looking for Educational Tours on the Internet, to Defendants' site.

**ANSWER:**     Denied.

34.     On or about October 17,2002, unbeknownst to Educational Tours, and without its permission, Hemisphere and Hemisphere Educational Travel Programs also registered, using the generic top-level domain .us, the domain name "et-educationaltours.us," which, again, not only inappropriately used Educational Tours' name, but also Educational Tours' logo, and, thus, the ET Mark. That domain name redirected visitors to www.educationaltours.com, which as stated above promotes Hemisphere's and Hemisphere Educational Travel Programs' student travel services. (See Exhibit 4.)

**ANSWER:**     Defendants admit that on or about October 17, 2002, Hemisphere, through

Hemisphere Educational Travel Programs, without permission of Educational Tours, registered, using the generic top-level domain .net, the domain name "et-educationaltours.us" and that domain name redirected visitors www.educationaltours.com, which promotes Hemisphere's and Hemisphere Educational Travel Program' student travel services. Defendants lack sufficient information to admit or deny whether such registration was unbeknownst to Plaintiff. Defendants deny the remaining allegations.

35.    The domain name et-educationaltours.us is currently registered to Hemisphere Educational Travel at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which is the same address as Defendant Hemisphere. The email address for the administrative contact for the domain name et-educationaltours.us is Jack@ educationaltours.com, which is, upon information and belief, Golen's email address. A copy of the WHOIS results from Network Solutions for the domain name et-educationaltours.us printed an January 22,2004 is attached hereto as Exhibit 10.

**ANSWER:**    Defendants admit that the domain name et-educationaltours.us is currently registered to Hemisphere Educational Travel at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which is the same address as Defendant Hemisphere, that the email address for the administrative contact for the domain name et-educationaltours.us is Jack@educationaltours.com, which is Golen's business email address, and what appears to be a copy of the WHOIS results from Network Solutions for the domain name et-educationaltours.us printed an January 22,2004 is attached to the Complaint as Exhibit 10.

36.    Hemisphere's and Hemisphere Educational Travel Programs' use of the

et-educationaltours.us domain name, which incorporates Educational Tours' name, logo and the ET Mark, was intended to and did cause confusion, and was intended to and did deceive the public, as to the origin of the services offered. The use of the domain name et-educationaltours.us made it appear, falsely, that the services offered by Hemisphere and Hemisphere Educational Travel Programs were somehow affiliated with, endorsed by or related to Educational Tours. This was part of Defendants' continuing scheme to unfairly steal business from educational tours by creating confusion and deceiving and redirecting customers, who were looking for Educational Tours on the Internet, to Defendants' site.

**ANSWER:**   Denied.

37.   On December 8,2003, Educational Tours sent a cease and desist demand to Hemisphere to cease using the domain names educationaltours.com, et-educationaltours.net and et-educationaltours.us. A copy of this letter is attached hereto as Exhibit 11.

**ANSWER:**   Admitted.

38.   Hemisphere, through its attorney, responded on Wednesday, December 17, 2003 stating that Educational Tours could have the et-educationaltours.net and et-educationaltours.us domain names, but could not have the educationaltours.com name. Educational Tours requested that Hemisphere put the offer in writing. Hemisphere never responded.

**ANSWER:**   Hemisphere denied that it never responded. The remaining allegations are admitted.

39.   Subsequently, at least by Thursday December 18, 2003 Hemisphere,

admitting its use of at least two of the domain names was wrong, took down the websites at et-educationaltours.net and et-educationaltours.us. A copy of the web page that www.et-educationaltours.net resolved to on January 22,2004 is attached hereto as Exhibit 12, and a copy of the web page that www.et-educationaltours.us resolved to on January 22, 2004 is attached hereto as Exhibit 13. Hemisphere, however, still owns the domain names.

**ANSWER:** Defendants admit that as of December 18, 2003, the websites at et-educationaltours.net and et-educationaltours.us no longer resolved to the website at www.educationaltours.com, and that what appears to be a copy of the web page that www.et-educationaltours.net resolved to on January 22,2004 is attached to the Complaint as Exhibit 12, and what appears to be a copy of the web page that www.et-educationaltours.us resolved to on January 22, 2004 is attached to the Complaint as Exhibit 13. Defendants admit that Hemisphere still owns the domain names.

40.    After sending the December 8, 2003 letter, Educational Tours, first discovered that, on or about January 17, 2000, without Educational Tours' permission, Golen registered the domain name educationaltours.net. That domain name resolves to the website at www.educationtours.net which is identical to the website at www.educationaltours.com, and the website at www.hemisphereeducatyionaltravel.com , and the website at www.hemsipheretravel.com. A copy of the website that www.educationaltours.net resolved to as of January 22,2004 is attached hereto as Exhibit 14.

**ANSWER:** Defendants admit that on or about January 17, 2000, without Educational Tours' permission, Golen registered the domain name educationaltours.net, that domain

name resolves to the website at www.educationtours.net which is identical to the website at www.educationaltours.com, and the website at www.hemisphereeducationaltravel.com, and the website at www.hemsipheretravel.com, and that what appears to be a copy of the website that www.educationaltours.net resolved to as of January 22,2004 is attached to the Complaint as Exhibit 14. Defendants lack sufficient information to admit or deny the remaining allegations.

41. The domain name educationaltours.net is currently registered to Jack Golen at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which is the same address as Defendant Hemisphere. A copy of the WHOIS results from Network Solutions for the domain name educationaltours.net printed on January 22, 2004 is attached hereto as Exhibit 15.

**ANSWER:** Defendants admit that the domain name educationaltours.net is currently registered to Jack Golen at 694 Milwaukee Ave., Prospect Heights, Illinois 60070, which is the same address as Defendant Hemisphere., and that what appears to be a copy of the WHOIS results from Network Solutions for the domain name educationaltours.net printed on January 22, 2004 is attached to the Complaint as Exhibit 15.

42. Golen's use of the educationaltours.net domain name to promote Hemisphere's services was intended to and did cause confusion, and was intended to and did deceive the public, as to the origin of the services offered. The use of the domain name educationaltours.net made it appear, falsely, that the services offered by Hemisphere were somehow affiliated with, endorsed by or related to Educational Tours. This was part of Defendants' continuing scheme to unfairly steal business from Educational Tours by creating confusion and deceiving and redirecting customers, who

were looking for Educational Tours on the Internet, to Defendants' site.

**ANSWER:**   Denied.

43.   Also after sending the December 8, 2003 letter, Educational Tours first discovered that, on or about August 8, 2001, without Educational Tours' permission, Hemisphere registered the domain name e-educationaltours.com. The website at www.e-educationltours.com redirects visitors to the website at www.educationaloturs.com, which promotes Hemisphere's and Hemisphere Educational Travel Programs' student travel services. (See Exhibit 4.)

**ANSWER:**   Defendants admit that on or about August 8, 2001, without Educational Tours' permission, Hemisphere registered the domain name e-educationaltours.com, and that the website at www.e-educationltours.com redirects visitors to the website at www.educationaloturs.com, which promotes Hemisphere's and Hemisphere Educational Travel Programs' student travel services.  Defendants lack sufficient information to admit or deny the remaining allegations.

44.   The   domain   name   e-educationaltours.com,   which   incorporates Educational Tours' name, is confusingly similar to the ET Mark.

**ANSWER:**   Defendants admit that the domain name e-educationaltours.com includes the words "educational tours."   Defendants lack sufficient information to admit or deny the legal conclusion contained in this paragraph, and such conclusions are therefore denied.  All other allegations are denied.

45.   The domain name e-educationaltours.com is currently registered to Hemisphere at Milwaukee Ave., Prospect Heights, Illinois 60070. A copy of the WHOIS results from Network Solutions for the domain name e-educationaltours.com printed on

January 22,2004 is attached hereto as Exhibit 16.

**ANSWER:**  Defendants admit that the domain name e-educationaltours.com is currently registered to Hemisphere at Milwaukee Ave., Prospect Heights, Illinois 60070 and that what appears to be a copy of the WHOIS results from Network Solutions for the domain name e-educationaltours.com printed on January 22,2004 is attached to the Complaint as Exhibit 16.

46.     Hemisphere's use of the e-educationaltours.com domain name to promote Hemisphere's services was intended to and did cause confusion, and was intended to and did deceive the public, as to the origin of the services offered. The use of the domain name e-educationaltours.com made it appear, falsely, that the services offered by Hemisphere were somehow affiliated with, endorsed by or related to Educational Tours was part of Defendants' continuing scheme to unfairly steal business from Educational Tours by creating confusion and deceiving and redirecting customers, who were looking for Educational Tours on the Internet, to Defendants' site.

**ANSWER:**  Denied.

47.     Also after sending the December 8, 2003 letter Educational Tours first discovered that, on or about July 29, 2002, without Educational Tours' permission, Hemisphere registered the domain name e-educationltours.net. That domain name currently does not resolve to any website.

**ANSWER:**  Defendants admit that on or about July 29, 2002, without Educational Tours' permission, Hemisphere registered the domain name e-educationltours.net and that domain name currently does not resolve to any website.  Defendants lack sufficient information to admit or deny the remaining allegations.

48.   The domain name e-educationaltours.net, which incorporates Educational Tours' name, is confusingly similar to the ET Mark.

**ANSWER:**   Defendants admit that the domain name e-educationaltours.net includes the words "educational tours." Defendants lack sufficient information to admit or deny the legal conclusion contained in this paragraph, and such conclusions are therefore denied. All other allegations are denied.

49.   The domain name e-educationaltours.net is currently registered to Hemisphere at 694 Milwaukee Ave., Prospect Heights. Illinois 60070. A copy of the WHOIS results from Network Solutions for the domain name e-educationaltours.net printed on January 22, 2004 is attached hereto as Exhibit 17.

**ANSWER:**   Defendants admit that the domain name e-educationaltours.net is currently registered to Hemisphere at 694 Milwaukee Ave., Prospect Heights. Illinois 60070 and that what appears to be a copy of the WHOIS results from Network Solutions for the domain e-educationaltours.net printed on January 22, 2004 is attached to the Complaint as Exhibit 17.

50.   Registering the domain dame e-educationaltours.net was part of Defendants' continuing scheme to unfairly steal business from Educational Tours by creating confusion and deceiving and redirecting customers. who were looking for Educational Tours on the Internet, to Defendants' site.

**ANSWER:**   Denied.

51.   In sum, Defendants Hemisphere, Hemisphere Educational Travel Programs, and Golen have engaged in a continuing scheme to illegally misappropriate Educational Tours' name and the ET Mark in an effort to confuse and deceive the public

and injure Educational Tours by registering and, in most cases using, the domain names:

- educationaltours.com

- educationaltours .net;

- et-educationaltours.net;

- et-educationaltous.us;

- e-educationaltours.com; and

- e-educationaltours.net.

**ANSWER:**   Denied.

52.    Defendants' actions described above have caused, and continue to cause, Educational Tours financial losses and damages in an amount to be determined during the course of this action.

**ANSWER:**   Defendants lack sufficient information to admit or deny the allegations.

### COUNT I - Lanham Act Unfair Competition/Infringement
### (et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net)

53.    Educational Tours realleges and incorporates by reference the facts alleged in paragraphs 1 - 52 as if alleged herein.

**ANSWER:**   Defendants reallege and incorporate by reference the answers in response to paragraphs 1 - 52 as if alleged herein.

54.    The use of the ET Mark, or any mark confusingly similar thereto, by Hemisphere and Hemisphere Educational Travel Programs has caused confusion and mistake in the minds of the general public and/or is likely to cause in the future mistake, or confuse, or deceive the general public.

**ANSWER:**   Denied.

55.     The use of the ET Mark, or any mark confusingly similar thereto, by Hemisphere and Hemisphere Educational Travel Programs constitutes a knowing and willful passing off of Educational Tours, and is a deception of the citizens of the State of Illinois and elsewhere.

**ANSWER:**     Denied.

56.     The use of the ET Mark, or any mark confusingly similar thereto, by Hemisphere and Hemisphere Educational Travel Programs constitutes unfair competition with Educational Tours in the educational and student tour and travel business and a Violation of 15 U.S.C. §1125(a).

**ANSWER:**     Denied.

57.     As described above, Hemisphere's and Hemisphere Educational Travel Program's actions were knowing and willful.

**ANSWER:**     Denied.

### COUNT II - Lanham Act Unfair Competition/Dilution
### (et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net)

58.     Educational Tours realleges and incorporates by reference the facts alleged in paragraphs 1 - 57 as if alleged herein.

**ANSWER:**     Defendants reallege and incorporate by reference the answers in response to paragraphs 1-57 as if alleged herein.

59.     The ET Mark is a famous mark in the educational and student tour and travel industry.

**ANSWER:**     Defendants lack sufficient information to admit or deny the legal conclusion contained in this paragraph, and such conclusions are therefore denied.

60.    Hemisphere's and Hemisphere Educational Travel Program's acts as alleged have diluted and will dilute the distinctive quality of the ET Mark and/or harm Educational Tours' reparation in its products and business.

**ANSWER:**    Denied.

61.    Hemisphere's and Hemisphere Educational Travel Program' acts constitute a violation of 15 U.S.C. §1125(c).

**ANSWER:**    Denied.

62.    As described above, Hemisphere's and Hemisphere Educational Travel Programs' actions were knowing and willful.

**ANSWER:**    Denied.

### COUNT III - Lanham Act Cybersquatting
### (et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net)

63.    Educational Tours realleges and incorporates by reference the facts alleged in paragraphs 1 - 62 as if alleged herein.

**ANSWER:**    Defendants reallege and incorporate by reference the answers in response to paragraphs 1-52 as if alleged herein.

64.    The domain names et-educationaltous.net, et-educationaltous.us, e-educationaltours.com, and e-educationaltours.net are confusingly similar to the ET Mark, name, and the domain name by which Educational Tours has been known. The only differences being either (a) the addition of a different top-level domain, (b) omitting one letter from the ET Mark and domain name in order to take advantage of customers mistyping Educational Tours' website, or (c) both.

**ANSWER:**    Defendants admit that the difference between the claimed mark and

domain names et-educationaltours.net, et-educationaltous.us, e-educationaltours.com, and e-educationaltours.net are the addition of a different top-level domain, the absence of the letter "t" or both. All other allegations are denied.

65.   Neither Hemisphere nor Hemisphere Educational Travel Programs have been authorized to use Educational Tours' name, the ET Mark, or Educational Tours' domain name in connection with Hemisphere's and Hemisphere Educational Travel Programs' offering of goods or services, Hemisphere and Hemisphere Educational Travel Programs do not have any trademark or intellectual property right in the domain names, have not been commonly known by the domain names et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, or e-educationaltours.net, and Hemisphere and Hemisphere Educational Travel Programs are making illegitimate commercial uses of the domain names et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net with intent for commercial gain, and to misleadingly divert consumers, or tarnish the trademark at issue.

**ANSWER:**   Defendants admit that the have not been authorized by Educational Tours to use the Educational Tours name, the claimed mark or any domain, and that Defendants have not been commonly known by the domain names et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, or e-educationaltours.net.   All other allegations are denied.

66.   Hemisphere and Hemisphere Educational Travel Programs have registered the domain names in bad faith as they have, among other acts, engaged in a pattern of registering similar domain names to prevent Educational Tours from representing its name and mark in the domain name, registered the domain name primarily for the

purpose of disrupting Educational Tours' business, and intentionally attempted to, and indeed did attract users to its website for commercial gain by creating a likelihood of confusion with Educational Tours and the ET Mark as to the source, affiliation, sponsorship, endorsement of Hemisphere's website and/or services. Indeed, neither Hemisphere nor Hemisphere Educational Travel Programs have ever been known or identified by the name, either in whole or in part, "Educational Tours" or the ET Mark.

**ANSWER:**   Defendants admit that neither Hemisphere nor Hemisphere Educational Travel Programs have ever been known or identified by the name, either in whole or in part, "Educational Tours" or the claimed mark, but state that they have been known by the use of the generic domain name educationaltours.com.  All other allegations are denied.

67.   Further, as alleged herein, Hemisphere and Hemisphere Educational Travel Programs were well aware of Educational Tours' mark long before Hemisphere and Hemisphere Educational Travel Programs ever registered the et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net domain names.

**ANSWER:**   Defendants admit that Hemisphere and Hemisphere Educational Travel Programs knew of the existence of what is claimed as a mark prior to registering the et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net domain names.  Defendants deny the remaining allegations.

### COUNT IV - Illinois Anti-Dilution Act
### (et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net)

68.   Educational Tours realleges and incorporates by reference the facts

alleged in paragraphs 1 - 67 as if alleged herein.

**ANSWER:**   Defendants reallege and incorporate by reference the answers in response to paragraphs 1-67 as if alleged herein.

69.   The ET Mark is a famous mark in educational and student tour and travel industry.

**ANSWER:**   Defendants lack sufficient information to admit or deny the legal conclusion contained in this paragraph, and such conclusions are therefore denied.

70.   As more fully described above, by reason of Hemisphere's and Hemisphere Educational Travel Programs' use of the et-educationaltours.net, et-educationaltours.us, e-educationaltours.com, and e-educationaltours.net domain names and the websites to which the domain names et-educationaltoun.net, et-educationaltours.us and e-educationaltours.com resolve, Hemisphere and Hemisphere Educational Travel Programs have diluted the distinctive quality of the ET Mark and thus violated the Illinois Anti-Dilution Act, 765 ILCS 1036/65.

**ANSWER:**   Denied.

71.   As described above, Hemisphere and Hemisphere Educational  Travel Programs' acts of dilution were knowing and willful.

**ANSWER:**   Denied.

72.   Educational Tours has been damaged by Hemisphere and Hemisphere Educational Travel Program's dilution of the ET Mark.

**ANSWER:**   Denied.

## COUNT V - Illinois Unfair Competition
## (all domain names)

73.     Educational Tours realleges and incorporates by reference the facts
alleged in paragraphs 1-72 as if alleged herein.

**ANSWER:**   Defendants reallege and incorporate by reference the answers in response
to paragraphs 1-72 as if alleged herein.

74.     By reason of the foregoing, Hemisphere, Hemisphere Educational Travel
Programs, and Golen have engaged in unfair competition with Educational Tours under
Illinois law.

**ANSWER:**   Denied.

75.     Educational Tours has been harmed by Hemisphere's, Hemsiphere
Educational Travel Programs', and Golen's unfair competition.

**ANSWER:**   Denied.

## COUNT VI - Uniform Deceptive Trade Practices Act
## (all domain names)

76.     Educational Tours realleges and incorporates by reference the facts
alleged in paragraphs 1 - 75 as if alleged herein.

**ANSWER:**   Defendants reallege and incorporate by reference the answers in response
to paragraphs 1-75 as if alleged herein.

77.     By reason of the foregoing, Hemisphere, Hemisphere Educational Travel
Programs, and Golen have engaged in deceptive trade practices under 815 ILCS 510/2(a)
and violated the Unifom Deceptive Trade Practices Act.

**ANSWER:**   Denied.

78.     Educational Tours has been harmed, and is likely to be harmed in the

future, by Hemisphere's, Hemisphere Educational Travel Programs', and Golen's deceptive trade practices.

**ANSWER:**   Denied.

### COUNT VII - Illinois Consumer Fraud and Deceptive Trade Practices Act (all domain names)

79.   Educational Tours realleges and incorporates by reference the facts alleged in paragraphs 1-78 as if alleged herein.

**ANSWER:**   Defendants reallege and incorporate by reference the answers in response to paragraphs 1-75 as if alleged herein.

80.   By reason of the foregoing, Hemisphere, Hemisphere Educational Travel Programs, and Golen have engaged in deceptive trade practices under 815 ILCS 505/2 and violated the Illinois Consumer Fraud and Deceptive Business Practices Act.

**ANSWER:**   Denied.

81.   Educational Tours has suffered actual damages as a result of Hemisphere's, Hemisphere Educational Travel Program's, and Golen's actions.

**ANSWER:**   Defendants lack sufficient information to either admit or deny the allegations.

### AFFIRMATIVE DEFENSES

1.   The fact of Defendants' registration of the domain names educationaltours.com and educationaltours.net, in 1997 and 2000 respectively, were readily known and/or available to be known at or soon after the time of registration. Educational Tours failure to address the use of these domain names over the past several years, and Defendants' consequent reliance on the use of such domain names in their

marketing materials at considerable cost and expense, result in the equitable application of the doctrine of laches.

2.     Defendants and Plaintiff are both engaged in the business of offering educational tours to students, teachers and others.  The phrase "educational tours" is a generic designation readily, and in fact primarily used, in the industry and is thus generic and cannot form the basis of a protectible mark.

3.     Numerous other providers of "educational tours" utilize that generic designation in the promotion of their service, and at least one competitor has used the letter "e" in conjunction with the words "educational tours."  Upon information and belief, Plaintiff has failed to assert its claimed rights in and to the words "educational tours" and/or "et-educational tours" and has waived and abandoned any and all claims it may otherwise have in such marks as a consequence of its failure to enforce its claimed rights.

WHEREFORE, Defendants, Hemisphere Travel, Inc., Hemisphere Educational Travel Programs and Jack Golen respectfully request that this Court enter judgment in its favor and against Plaintiff, Educational Tours, Inc., and for all other relief this Court deems just and appropriate.

Respectfully submitted,

HEMISPHERE TRAVEL, INC.,
HEMISPHERE EDUCATIONAL TRAVEL
PROGRAMS  and JACK GOLEN

By: _____

One of Their Attorneys

Phillip J. Zisook
Brian D. Saucier
Deutsch, Levy & Engel, Chartered
225 W. Washington Street, Suite 1700
Chicago, Illinois 60606
312/346-1460